AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas Pension and
Health and Welfare Funds and Howard McDougall, trustee

CASE NUMBER:

V.

ASSIGNED JUDGE:

Industrial Transport, Inc., an Ohio corporation

DESIGNATED
MAGISTRATE JUDGE:

08 C 635

JUDGE LINDBERG
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Industrial Transport, Inc., an Ohio corporation
c/o U-B Corporation, Registered Agent
Skylight Office Tower
1660 W. 2nd St., Suite 100
Cleveland, OH 44113-1448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**January 29, 2008**
_____
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 2/7/08 |
| NAME OF SERVER *(PRINT)* Timothy D Shaver | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1660 W 2nd St Suite 1100 Cleve, OHIO

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: Mary Sullivan (Rept) Authorized to Accept

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/7/08           Timothy D Shaver
            *Date*                    *Signature of Server*

            7599 Hillside Rd, Indep OHIO
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.