UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, AND HOWARD McDOUGALL<br><br>Plaintiffs<br><br>v<br><br>INDUSTRIAL TRANSPORT, INC.<br><br>Defendant | Case No. 08 CV 0635<br><br>JUDGE LINDBERG<br><br>Magistrate Judge Cole |

DEFENDANT'S UNOPPOSED MOTION
TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Defendant INDUSTRIAL TRANSPORT, INC. ("Industrial Transport"), through its attorney Kenneth F. Berg of the law firm Ulmer & Berne LLP, hereby moves to enlarge the time it may respond to the Complaint. In support of its Motion, Industrial Transport states as follows:

1. A responsive pleading is due on February 28, 2008.

2. No other extensions have been requested previously by Defendant.

3. Defendant requests an enlargement of twenty (20) days, up to and including March 19, 2008, in which to file a responsive pleading.

4. Counsel for Plaintiffs does not oppose this Motion.

5. This Motion is not made for purposes of delay but, rather, to allow the parties an opportunity to seek a mutually acceptable resolution of this matter.

6. No prejudice will result to any of the parties by granting this Motion.

WHEREFORE, Defendant Industrial Transport respectfully requests that this Court issue an order granting it up to and including March 19, 2008, to file a responsive pleading to the Complaint.

DATED: February 26, 2008

*Kenneth Berg* (signature)
Kenneth F. Berg (312407)
ULMER & BERNE LLP
One North Franklin Street
Suite 1825
Chicago, IL 60606
Direct: (312) 324-8006
Fax: (312) 324-8001
Firm: (312) 324-8000

*Attorney for Defendant Industrial Transport, Inc.*