UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, etc, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 CV 0635 |
| ) | |
| INDUSTRIAL TRANSPORT, INC. ) | Judge Lindberg |
| ) | |
| Defendants. ) | Magistrate Judge Cole |
| ) | |

## NOTICE OF MOTION

To:   Anthony E. Napoli
      Albert M. Madden
      Timothy Craig Reuter
      Central States Law Department
      9377 W. Higgins Road – 10th FL.
      Rosemont, Illinois 60018

Rebecca Kate McMahon
Central States Funds
9377 W. Higgins Rd.
Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on Wednesday, the 5th of March, 2008, at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable George W. Lindberg, or any judge sitting in his stead in Courtroom 1425, at the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois and shall then and there present **Defendant's Unopposed Motion to Enlarge Time to Respond to the Complaint;** a copy of which is herewith served upon you.

INDUSTRIAL TRANSPORT, INC.

By: _/s/ Kenneth Berg_
Kenneth E. Berg
Ulmer & Berne LLP
One N. Franklin Street
Suite 1825
Chicago, Illinois 60606
Direct:  312-324-8006
Main:   312-324-8000

1692698v1
16254.00000

## CERTIFICATE OF SERVICE

I, Kenneth F. Berg, an attorney, depose and state that I caused the above and foregoing **Notice of Motion and Defendant's Unopposed Motion to Enlarge Time to Respond to the Complaint** to be served upon:

> Anthony E. Napoli
> Albert M. Madden
> Timothy Craig Reuter
> Central States Law Department
> 9397 W. Higgins Road – 10th Fl.
> Rosemont, Illinois 60018
>
> Rebecca Kate McMahon
> Central States Funds
> 9377 W. Higgins Road
> Rosemont, Illinois 60018

via electronic filing and by addressing and mailing a copy to the above-listed on this 27th day of February 2008, from One North Franklin, Chicago, IL 60606, at or about 5:00 p.m..

_Kenneth Berg_
Kenneth F. Berg

1692705v1