UNITED STATES DISTRICT COURT
Northern District of Illinois – Eastern Division

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>INDUSTRIAL TRANSPORT, INC. )<br>)<br>Defendant ) | Case No. 08 CV 00635<br><br>HON. George W. Lindberg |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Kenneth F. Berg of the law firm of ULMER & BERNE LLP moves to withdraw as attorney of record for Defendant Industrial Transport, Inc., pursuant to LR83.17. In support of the Motion, he states as follows:

1.  Kenneth F. Berg is attorney of record for Defendant Industrial Transport, Inc.

2.  Defendant's time to file an answer to the Complaint was enlarged up to and including March 19, 2008. The case is set for status on March 26, 2008.

3.  Irreconcilable differences have arisen between Mr. Berg and Defendant during the course of this representation and he seeks leave to withdraw as attorney of record.

4.  On March 14, 2008, Ulmer & Berne LLP notified Defendant of this Motion by e-mail and advised Defendant that it should retain other counsel in this matter.

WHEREFORE, Kenneth F. Berg of the law firm of ULMER & BERNE LLP respectfully requests that this Court enter an order granting him leave to withdraw as attorney of record and allow Defendant Industrial Transport leave to retain other counsel.

DATED:　March 14, 2008

Respectfully submitted,

*[signature]*

Kenneth F. Berg (3124027)
ULMER & BERNE LLP
One N. Franklin Street
Suite 1825
Chicago, IL 60606
Tel. 312-324-8006
Fax. 312-324-8001

*Attorneys for Defendant*

1696177v1
00000.00000