UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, etc, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 CV 0635 |
| ) | |
| INDUSTRIAL TRANSPORT, INC. ) | Judge Lindberg |
| ) | |
| Defendants. ) | Magistrate Judge Cole |
| ) | |

## NOTICE OF MOTION

To:  Anthony E. Napoli            Rebecca Kate McMahon
     Albert M. Madden             Central States Funds
     Timothy Craig Reuter         9377 W. Higgins Rd.
     Central States Law Department   Rosemont, Illinois 60018
     9377 W. Higgins Road – 10th FL.
     Rosemont, Illinois 60018

Brian E. Hall
Industrial Transport, Inc.
2330 E. 79th Street
Cleveland, Ohio 44106

    PLEASE TAKE NOTICE that on Wednesday, the 19th of March, 2008, at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable George W. Lindberg, or any judge sitting in his stead in Courtroom 1425, at the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois and shall then and there present **Motion to Withdraw as Attorney of Record**; a copy of which is herewith served upon you.

                                        INDUSTRIAL TRANSPORT, INC.

                                        By: /s/ Kenneth Berg
                                            Kenneth E. Berg
                                            Ulmer & Berne LLP
                                            One N. Franklin Street
                                            Suite 1825
                                            Chicago, Illinois 60606
                                            Direct:  312-324-8006
                                            Main:    312-324-8000

## CERTIFICATE OF SERVICE

I, Kenneth F. Berg, an attorney, depose and state that I caused the above and foregoing **Notice of Motion and Motion to Withdraw as Attorney of Record** to be served upon:

>Anthony E. Napoli
>Albert M. Madden
>Timothy Craig Reuter
>Central States Law Department
>9397 W. Higgins Road – 10th Fl.
>Rosemont, Illinois 60018
>
>Rebecca Kate McMahon
>Central States Funds
>9377 W. Higgins Road
>Rosemont, Illinois 60018
>
>Brian E. Hall   (via regular mail and e-mail at bhall@industrialtransport.com)
>Industrial Transport, Inc.
>2330 E. 79th Street
>Cleveland, Ohio 44106

via electronic filing and by addressing and mailing a copy to the above-listed on this 14th day of March 2008, from One North Franklin, Chicago, IL 60606, at or about 5:00 p.m.

*Kenneth Berg*
Kenneth F. Berg

1692705v1