## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 635 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund, et al. v. Industrial Transport, Inc. | | |

**DOCKET ENTRY TEXT**

The motion to withdraw as attorney of record [15] is granted. Kenneth F. Berg is given leave to withdraw his appearance on behalf of defendant Industrial Transport, Inc. Defendant Industrial Transport, Inc. is given until 4/1/08 to retain new counsel of record because a corporation cannot appear *pro se*. *See Scandia Down Corp. v. Euroquilt, Inc.,* 772 F.2d 1423, 1427 (7th Cir. 1985). Defendant is also given an extension of time until April 1, 2008 to file its answer or other responsive pleading. The status hearing set for 3/26/08 at 10:30 a.m. is stricken and reset to April 10, 2008 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|