# Exhibit 1

Case 1:08-cv-00635   Document 20-2   Filed 06/04/2008   Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                                      Plaintiff,

v.
                                                     Case No.:
                                                   1:08−cv−00635
                                                   Honorable George
                                                   W. Lindberg

Industrial Transport, Inc.,

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg:Status hearing held. Plaintiffs' request for dismissal without prejudice is granted. It is hereby ordered that this action is dismissed without prejudice with leave to reinstate on or before 6/30/2008. Civil case terminated.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.