# Exhibit 5

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
PENSION FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
AS OF JUNE 2, 2008

INDUSTRIAL TRANSPORT, INC.
ACCOUNT NO. 3997150-0216

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 05/31/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1690627 | January 2008 Billing | $9,248.00 | $135.26 | $6,054.79 * | | $3,328.47 |
| 1705906 | February 2008 Billing | $9,860.00 | $0.00 | $0.00 | | $9,860.00 |
| 1721116 | March 2008 Billing | $11,696.00 | $21.22 | $0.00 | | $11,717.22 |
| 1737624 | April 2008 Billing | $10,880.00 | $22.99 | $0.00 | | 10,902.99 |
| TOTALS | | $41,684.00 | $179.47 | $6,054.79 | | $35,808.68 ** |
| | Liqudated Damages @ 20% | | | | | $7,125.84 |
| | | | | | | $42,934.52 |

Total payment received was $34,720.54 which $28,665.75 was applied
to prior periods.

**MEMBER CONTRIBUTION REPORT**

**MEMBER INFORMATION**

Report Date : 06/03/2008

Page 1 of 7

Employer : INDUSTRIAL TRANSPORT INC

Period Start : 12/31/2007  -  Period Stop : 04/22/2008

Sorted by : Terminal - Member Name

| | JAN | | FEB | | MAR | | APR | | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ANDERSON , MICHAEL , T | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 LOU | | 02/24 LOU | 0 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 1 | 02/03 LOU | | 03/02 LOU | 0 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 LOU | 0 | 02/10 LOU | | 03/09 LOU | 0 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 LOU | 0 | 02/17 ACT | 2 | 03/16 LOU | 0 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 2 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 6 | $0.00 | 2 | $0.00 | 2 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $204.00 | | $68.00 | | $68.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W  $0.00 | | | | | | | PEN  Days: 30  $1020.00 | | | | | | |
| | Totals for : ANDERSON , MICHAEL , T for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $204.00 | | $68.00 | | $68.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BREWER , GARY , E | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 2 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 4 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 17 | $0.00 | 19 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $578.00 | | $646.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W  $0.00 | | | | | | | PEN  Days: 81  $2754.00 | | | | | | |
| | Totals for : BREWER , GARY , E for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $578.00 | | $646.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CARTER , CLARENCE , D | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 LOU | 0 | 01/27 LOU | | 02/24 ACT | 1 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 LOU | 0 | 02/03 LOU | | 03/02 LOU | 0 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 1 | 02/10 ACT | 5 | 03/09 ACT | 2 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 LOU | 0 | 02/17 ACT | 4 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 2 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 1 | $0.00 | 9 | $0.00 | 10 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $34.00 | | $306.00 | | $340.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W  $0.00 | | | | | | | PEN  Days: 40  $1360.00 | | | | | | |
| | Totals for : CARTER , CLARENCE , D for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $34.00 | | $306.00 | | $340.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# MEMBER CONTRIBUTION REPORT
## MEMBER INFORMATION

Employer : INDUSTRIAL TRANSPORT INC
Period Start : 12/31/2007  -  Period Stop : 04/22/2008
Sorted by : Terminal - Member Name

Report Date : 06/03/2008
Page 2 of 7

| | JAN | | FEB | | MAR | | APR | | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COLE II , ARTHUR , F | | | SSN: | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 4 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 19 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $646.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W $0.00 | | | | | | | PEN Days: 84 $2856.00 | | | | | | |
| | Totals for : COLE II , ARTHUR , F for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $646.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FRY , DAVID | | | SSN: | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 2 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 17 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $578.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W $0.00 | | | | | | | PEN Days: 82 $2788.00 | | | | | | |
| | Totals for : FRY , DAVID for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $578.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GILL , DENVER , S | | | SSN: | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 20 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W $0.00 | | | | | | | PEN Days: 85 $2890.00 | | | | | | |
| | Totals for : GILL , DENVER , S for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MEMBER CONTRIBUTION REPORT**
**MEMBER INFORMATION**

Report Date : 06/03/2008
Page 3 of 7

Employer : INDUSTRIAL TRANSPORT INC
Period Start : 12/31/2007  -  Period Stop : 04/22/2008
Sorted by : Terminal - Member Name

| | JAN | | FEB | | MAR | | APR | | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HALL, GEORGE | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 20 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W  $0.00 | | | | | | PEN  Days: 85  $2890.00 | | | | | | | |
| | Totals for : HALL, GEORGE  for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HOWDEN, GREGORY | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 3 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 4 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 17 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $578.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W  $0.00 | | | | | | PEN  Days: 82  $2788.00 | | | | | | | |
| | Totals for : HOWDEN, GREGORY  for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $578.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HOWDEN, WILLIAM | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 3 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 18 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $612.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W  $0.00 | | | | | | PEN  Days: 83  $2822.00 | | | | | | | |
| | Totals for : HOWDEN, WILLIAM  for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $612.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MEMBER CONTRIBUTION REPORT**
**MEMBER INFORMATION**

Report Date : 06/03/2008
Page 4 of 7

Employer : INDUSTRIAL TRANSPORT INC
Period Start : 12/31/2007  -  Period Stop : 04/22/2008
Sorted by : Terminal - Member Name

| | JAN | | FEB | | MAR | | APR | | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KRUPIN, MICHAEL, D | | SSN: ███ | | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 LOU | 0 | 01/27 LOU | | 02/24 LOU | | 03/30 LOU | | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 LOU | 0 | 02/03 LOU | | 03/02 LOU | | 04/06 LOU | | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 LOU | 0 | 02/10 LOU | | 03/09 LOU | | 04/13 LOU | | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 LOU | 0 | 02/17 LOU | | 03/16 LOU | | 04/20 LOU | | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 LOU | | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W $0.00 | | | | | | | PEN $0.00 | | | | | | |
| | Totals for : KRUPIN, MICHAEL, D for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LAWSON, RICKY, A | | SSN: ███ | | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 3 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 18 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $612.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W $0.00 | | | | | | | PEN Days: 83 $2822.00 | | | | | | |
| | Totals for : LAWSON, RICKY, A for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $612.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LOWE, MICHAEL, E | | SSN: ███ | | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 LOU | 0 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 LOU | 0 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 3 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 2 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 20 | $0.00 | 20 | $0.00 | 10 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $340.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W $0.00 | | | | | | | PEN Days: 70 $2380.00 | | | | | | |
| | Totals for : LOWE, MICHAEL, E for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $340.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## MEMBER CONTRIBUTION REPORT
### MEMBER INFORMATION

Employer : INDUSTRIAL TRANSPORT INC
Period Start : 12/31/2007  -  Period Stop : 04/22/2008
Sorted by : Terminal - Member Name

Report Date : 06/03/2008
Page 5 of 7

| | JAN | | FEB | | MAR | | APR | | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN , DARRIN | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 ACT | 4 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 4 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 4 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 20 | $0.00 | 20 | $0.00 | 22 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $748.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W | $0.00 | | | | | | PEN Days: 82 $2788.00 | | | | | | |
| | Totals for : MARTIN , DARRIN  for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $748.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MITCHELL , BRUCE | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 20 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W | $0.00 | | | | | | PEN Days: 85 $2890.00 | | | | | | |
| | Totals for : MITCHELL , BRUCE  for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MITCHELL , JOSEPH , F | | | | SSN: | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 4 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 19 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $646.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Year: 2008 | | H&W | $0.00 | | | | | | PEN Days: 84 $2856.00 | | | | | | |
| | Totals for : MITCHELL , JOSEPH , F for All Years | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $646.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## MEMBER CONTRIBUTION REPORT
### MEMBER INFORMATION

Employer : INDUSTRIAL TRANSPORT INC
Period Start : 12/31/2007  -  Period Stop : 04/22/2008
Sorted by : Terminal - Member Name

Report Date : 06/03/2008
Page 6 of 7

| | JAN | | FEB | | MAR | | APR | | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *RANDLE, WALTER* | | | SSN: ▮ | | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 5 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 ACT | 5 | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 20 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Year: 2008* | | | *H&W   $0.00* | | | | | | | *PEN   Days: 85   $2890.00* | | | | | | |
| *Totals for : RANDLE, WALTER for All Years* | | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $680.00 | | $680.00 | | $850.00 | | $680.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *RINALDI, R, J* | | | SSN: ▮ | | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 ACT | 2 | 01/27 LOU | | 02/24 LOU | | 03/30 LOU | | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 LOU | 0 | 02/03 LOU | | 03/02 LOU | | 04/06 LOU | | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 LOU | 0 | 02/10 LOU | | 03/09 LOU | | 04/13 LOU | | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 LOU | 0 | 02/17 LOU | | 03/16 LOU | | 04/20 LOU | | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 LOU | | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | 2 | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $68.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Year: 2008* | | | *H&W   $0.00* | | | | | | | *PEN   Days: 2   $68.00* | | | | | | |
| *Totals for : RINALDI, R, J for All Years* | | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $68.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *SOPHER, FRANK, D* | | | SSN: ▮ | | | | | | Year: 2008 | | | ETLC No. 3997150 - 0216 - 00299A | | | | Employee Type : Regular |
| | 12/30 RTU | 0 | 01/27 RTU | | 02/24 | | 03/30 | | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
| | 01/06 RTU | 0 | 02/03 RTU | | 03/02 | | 04/06 | | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
| | 01/13 RTU | 0 | 02/10 RTU | | 03/09 | | 04/13 | | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
| | 01/20 RTU | 0 | 02/17 RTU | | 03/16 | | 04/20 | | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
| | | | | | 03/23 | | | | 05/25 | | | 08/24 | | | 11/23 | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Year: 2008* | | | *H&W   $0.00* | | | | | | | *PEN   $0.00* | | | | | | |
| *Totals for : SOPHER, FRANK, D for All Years* | | | | | | | | | | | | | | | | |
| H&W | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MEMBER CONTRIBUTION REPORT**
**MEMBER INFORMATION**

Employer : INDUSTRIAL TRANSPORT INC
Period Start : 12/31/2007  -  Period Stop : 04/22/2008
Sorted by : Terminal - Member Name

Report Date : 06/03/2008
Page 7 of 7

|  | JAN |  | FEB |  | MAR |  | APR |  | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | *STEPHENS, GLENN, A* |  |  | SSN: |  |  |  |  | *Year: 2008* |  |  | *ETLC No. 3997150 - 0216 - 00299A* |  |  |  | *Employee Type : Regular* |
|  | 12/30 ACT | 3 | 01/27 ACT | 5 | 02/24 ACT | 5 | 03/30 ACT | 5 | 04/27 | 06/01 | 06/29 | 07/27 | 08/31 | 09/28 | 10/26 | 11/30 |
|  | 01/06 ACT | 5 | 02/03 ACT | 5 | 03/02 ACT | 5 | 04/06 ACT | 5 | 05/04 | 06/08 | 07/06 | 08/03 | 09/07 | 10/05 | 11/02 | 12/07 |
|  | 01/13 ACT | 5 | 02/10 ACT | 5 | 03/09 ACT | 5 | 04/13 ACT | 5 | 05/11 | 06/15 | 07/13 | 08/10 | 09/14 | 10/12 | 11/09 | 12/14 |
|  | 01/20 ACT | 5 | 02/17 ACT | 5 | 03/16 ACT | 5 | 04/20 ACT | 5 | 05/18 | 06/22 | 07/20 | 08/17 | 09/21 | 10/19 | 11/16 | 12/21 |
|  |  |  |  |  | 03/23 ACT | 5 |  |  | 05/25 |  |  | 08/24 |  |  | 11/23 |  |
| H&W | $0.00 | 18 | $0.00 | 20 | $0.00 | 25 | $0.00 | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $612.00 |  | $680.00 |  | $850.00 |  | $680.00 |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | *Year: 2008* |  | H&W $0.00 |  |  |  |  |  |  | PEN Days: 83 $2822.00 |  |  |  |  |  |  |
|  | *Totals for : STEPHENS, GLENN, A for All Years* |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| H&W | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $612.00 |  | $680.00 |  | $850.00 |  | $680.00 |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | *Report totals:* |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| H&W | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEN | $9248.00 |  | $9860.00 |  | $11696.00 |  | $10880.00 |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |