IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND<br>SOUTHWEST AREAS PENSION FUND,<br>CENTRAL STATES, SOUTHEAST AND<br>SOUTHWEST AREAS HEALTH AND<br>WELFARE FUND, AND<br>HOWARD McDOUGALL, trustee, | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 0635 |
| | ) | |
| v. | )<br>) | Honorable George W. Lindberg<br>District Judge |
| INDUSTRIAL TRANSPORT, INC.,<br>an Ohio corporation, | )<br>) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Industrial Transport, Inc., an Ohio corporation
      c/o U-B Corporation, Registered Agent
      1660 West 2nd Street
      Suite 100
      Cleveland, Ohio 44113-1448

PLEASE TAKE NOTICE that on Wednesday, June 25, 2008 at the hour of 9:30

a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear

before the Honorable George W. Lindberg Judge of the United States District Court for the

Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such

other Judge as may be sitting in his stead, and present the attached Plaintiffs' Motion for

Entry of Judgment Pursuant to Settlement Agreement and Release.

Respectfully submitted,

/s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois  60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910
tnapoli@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, Central States, Southeast

and Southwest Areas Pension Fund, certify that I served the foregoing Motion for Entry of

Judgment Pursuant to Settlement Agreement and Release via US Mail to:

Industrial Transport, Inc., an Ohio corporation
c/o U-B Corporation, Registered Agent
1660 West 2nd Street
Suite 100
Cleveland, Ohio 44113-1448

/s/ Anthony E. Napoli
Anthony E. Napoli
One of Central States' Attorneys

F:264088 / 08111729 / 6/4/08