UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.
                                        Plaintiff,

v.                                       Case No.:
                                         1:08−cv−00635

                                         Honorable George
                                         W. Lindberg

Industrial Transport, Inc.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

MINUTE entry before the Honorable George W. Lindberg:The motion for entry of judgment pursuant to settlement agreement and release [20] is granted. The court ordered defendant to file a written response to the motion by 6/20/08, which defendant failed to do. Accordingly, the court grants the motion as unopposed. Judgment is entered in favor of the Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall in the amount of $47,339.52, pursuant to 29 U.S.C. § 1132(g)(2). Plaintiffs are awarded post−judgment interest as calculated in their motion. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.