# United States District Court
## Northern District of Illinois
### Eastern Division

Central States, et at.                    **JUDGMENT IN A CIVIL CASE**

       v.                               Case Number: 08 C 635

Industrial Transport, Inc.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall in the amount of $47,339.52, pursuant to 29 U.S.C. § 1132(g)(2). Plaintiffs are awarded post-judgment interest.

                                                     Michael W. Dobbins, Clerk of Court

Date: 6/23/2008                                            _____
                                                                   /s/ Sandra L. Brooks, Deputy Clerk